


ENTERED
10/01/2015

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-36480-H3-13 |
| | § | |
| ANTHONY OTIS SORACI, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| Movant | § | HEARING DATE: 10/07/2015 |
| | § | |
| v. | § | TIME: 10:00 AM |
| | § | |
| ANTHONY OTIS SORACI; and | § | |
| WILLIAM E. HEITKAMP, Trustee | § | |
| Respondents | § | JUDGE LETITIA Z. PAUL |

**AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
(This Order resolves Docket # 66)**

WELLS FARGO BANK, N.A. ("Movant") filed a motion for relief from the automatic stay against

42 SHAUGHNESSY LN
STATEN ISLAND, NY 10305-1719

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF RICHMOND STATE OF NEW YORK DESCRIBED AS FOLLOWS:

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, SITUATE, LYING AND BEING IN THE COUNTY OF RICHMOND, STATE OF NEW YORK, DESIGNATED ON THE TAX MAP OF THE CITY OF NEW YORK FOR THE BOROUGH OF STATEN ISLAND AS SECTION 12 BLOCK 2967 LOT 151 AS TAX MAP WAS OF FEBRUARY 28, 1986.

BEGINNING AT A POINT ON THE NORTHERLY SIDE OF SHAUGHNESSY LANE, DISTANT 525.00 FEET WESTERLY FROM THE CORNER FORMED BY THE INTERSECTION OF THE NORTHERLY SIDE OF SHAUGHNESSY LANE WITH THE WESTERLY SIDE OF TOMPKINS AVENUE;

RUNNING THENCE NORTH 32 DEGREES 03 MINUTES 18 SECONDS WEST 141.82 FEET;

THENCE SOUTH 60 DEGREES 14 MINUTES 36 SECONDS WEST 50.79 FEET;

THENCE SOUTH 31 DEGREES 32 MINUTES 43 SECONDS EAT 141.85 FEET TO THE NORTHERLY SIDE OF SHAUGHNESSY LANE;

THENCE NORTH 60 DEGREES 09 MINUTES 55 SECONDS EAST ALONG THE SAID NORTHERLY OF SHAUGHNESSY LANE 52.05 FEET TO THE POINT OR PLACE OF BEGINNING.

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001 (a)(3) does not apply.

OCT - 1 2015

[signature]

Agreed:

AGREED AND ENTRY REQUESTED:

LIZA A GREENE
TBA NO.: ______________________
S.D. TEX. BAR NO.: ______________
1800 ST JAMES PL
STE 620
HOUSTON, TX 77056
TELEPHONE: ___________________
FAX: __________________________
EMAIL: ________________________
ATTORNEY FOR DEBTOR

[Document must be signed by Debtor(s) or by Debtor(s)' counsel or both. Electronic signatures may be submitted. Movant must retain copies of the original signatures.]

By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no co-debtor has filed any opposition to the requested relief.

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001 (a)(3) does not apply.

Agreed:

AGREED AND ENTRY REQUESTED:

Liza A Greene

LIZA A GREENE
TBA NO.: 14547800
S.D. TEX. BAR NO.: 6709
1800 ST JAMES PL
STE 620
HOUSTON, TX 77056
TELEPHONE: (713) 600-1717
FAX: (713) 600-1718
EMAIL: lgreene@datefamilylaw.com
ATTORNEY FOR DEBTOR

[Document must be signed by Debtor(s) or by Debtor(s)' counsel or both. Electronic signatures may be submitted. Movant must retain copies of the original signatures.]

By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no co-debtor has filed any opposition to the requested relief.